UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:04CV00397 ERW ) |
| JOHN J. HAWKINS, et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-styled action is **DISMISSED with prejudice**.

Dated this 24h day of May, 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE